Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY ERICKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>    Defendants. | Federal Case No.: 3:16-CV-06333-JST<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Gary Erickson and defendant Well Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | | |
|---|---|---|
| DATED: April 26, 2017 | Sagaria Law, P.C. | |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Gary Erickson |

DATED: April 26, 2017          Severson Werson, APC

                                                By: _/s/ Alisa Givental_
                                                                 Alisa Givental
                                                    Attorneys for Defendant
                                                    Wells Fargo Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

    Pursuant to the stipulation of the Parties, Wells Fargo is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

DATED: May 2, 2017                                   JON S. TIGAR
                                                       UNITED STATES DISTRICT JUDGE