Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ERICKSON,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>    Defendants. | Case No.: 3:16-cv-06333-JST<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Gary Erickson and defendant Equifax, Inc. that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

| | |
|---|---|
| DATED: May 1, 2017 | **Sagaria Law, P.C.** |
| | By: */s/ Elliot Gale* |
| | Elliot Gale |
| | Attorney for Plaintiff Gary Erickson |

| | |
|---|---|
| DATED: May 1, 2017 | **Nokes & Quinn, APC** |
| | By: */s/ Thomas P. Quinn, Jr.* |
| | Thomas P. Quinn, Jr. |
| | Attorney for Defendant Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 2, 2017

Hon. Jon S. Tigar
UNITED STATES DISTRICT JUDGE